## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **VARIAN LATHON THOMAS**, <br> [DOB: 01/10/1978] <br><br> Defendant. | No. 20-cr-4006-SRB-01 <br><br> **COUNT 1** <br> 18 U.S.C. § 922(g)(1) <br> NMT 10 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> **COUNT 2** <br> 18 U.S.C. § 922(j) <br> NMT 10 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> $100 Special Assessment (Each Count) |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT**:

**COUNT 1**
(Felon in Possession of a Firearm)
<u>18 U.S.C. § 922(g)(1)</u>

On or about November 13, 2019, within Pettis County, in the Western District of Missouri, the defendant, **VARIAN LATHON THOMAS**, knowing he had previously been convicted of a crime punishable for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a CZ, Model 75 SP-01, 9mm pistol, serial number C583801, and ammunition; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
(Possession of a Stolen Firearm)
<u>18 U.S.C. § 922(j)</u>

On or about November 13, 2019, within Pettis County, in the Western District of Missouri, the defendant, **VARIAN LATHON THOMAS**, knowingly possessed a stolen firearm, that is, a CZ, Model 75 SP-01, 9mm pistol, serial number C583801, which had been shipped in interstate commerce before it had been stolen, knowing and having reasonable cause to believe that the firearm had been stolen; all in violation Title 18, United States Code, Sections 922(j), and 924(a)(2).

**A TRUE BILL.**

*/S/ Eugene O'Loughlin*
**FOREPERSON OF THE GRAND JURY**

*/S/ Lawrence E. Miller*
**LAWRENCE E. MILLER**
Assistant United States Attorney
Missouri Bar No. 35931

Dated: 01/22/2020